

U.S. Department of Justice
Matthew Graves
Acting United States Attorney
*District of Columbia*

---

*Patrick Henry Building*
*601 D St., N.W.*
*Washington, D.C.  20530*

June 6, 2024

**VIA USAFX**

David P. Benowitz, Esq.
Paulette Pagan
409 7th St. NW
Suite 200
Washington, D.C. 20004
T: (202) 417-6000
david@pricebenowitz.com
Paulette@pricebenowitz.com

        Re:    Discovery Production Letter No. 3
                  <u>*United States v. Michael Everts,*</u> 24-cr-132-TSC

Dear Counsel:

    I am writing to memorialize that Production 3 of discovery was provided to you via USAfx on June 6, 2024.  The following materials were included in Production 3:

    **On USAFX:**

    Production No. 3:

- **FF Serials 1-5**
  - 305I-WF-3846703-FF_0000001.pdf
  - 305I-WF-3846703-FF_0000001_Import.pdf
  - 305I-WF-3846703-FF_0000002.pdf
  - 305I-WF-3846703-FF_0000003.pdf
  - 305I-WF-3846703-FF_0000003_1A0000014_0000001.pdf
  - 305I-WF-3846703-FF_0000003_1A0000014_0000002.pdf
  - 305I-WF-3846703-FF_0000003_1A0000015_0000001.pdf
  - 305I-WF-3846703-FF_0000003_1A0000016_0000001.pdf
  - 305I-WF-3846703-FF_0000003_1A0000017_0000001.docx

- o   305I-WF-3846703-FF_0000003_1A0000018_0000001.pdf
- o   305I-WF-3846703-FF_0000003_1A0000019_0000001.pdf
- o   305I-WF-3846703-FF_0000004.pdf
- o   305I-WF-3846703-FF_0000004_1A0000001_0000001.pdf
- o   305I-WF-3846703-FF_0000004_Import.pdf
- o   305I-WF-3846703-FF_0000005.pdf
- o   305I-WF-3846703-FF_0000005_Import.pdf
- **WFO Serial 20-38**
  - o   305I-WF-3846703_0000020.pdf
  - o   305I-WF-3846703_0000020_Import.pdf
  - o   305I-WF-3846703_0000021.pdf
  - o   305I-WF-3846703_0000021_1A0000014_0000001.pdf
  - o   305I-WF-3846703_0000021_1A0000014_0000002.pdf
  - o   305I-WF-3846703_0000021_1A0000015_0000001.pdf
  - o   305I-WF-3846703_0000021_1A0000016_0000001.pdf
  - o   305I-WF-3846703_0000021_1A0000017_0000001.docx
  - o   305I-WF-3846703_0000021_1A0000018_0000001.pdf
  - o   305I-WF-3846703_0000021_1A0000019_0000001.pdf
  - o   305I-WF-3846703_0000022.pdf
  - o   305I-WF-3846703_0000022_Import.pdf
  - o   305I-WF-3846703_0000023.pdf
  - o   305I-WF-3846703_0000024.pdf
  - o   305I-WF-3846703_0000025.pdf
  - o   305I-WF-3846703_0000025_1A0000020_0000001_PHYSICAL.pdf
  - o   305I-WF-3846703_0000027.pdf
  - o   305I-WF-3846703_0000027_1A0000023_0000001.jpg
  - o   305I-WF-3846703_0000027_1A0000023_0000002.pdf
  - o   305I-WF-3846703_0000029.pdf
  - o   305I-WF-3846703_0000031.pdf
  - o   305I-WF-3846703_0000031_Import.pdf
  - o   305I-WF-3846703_0000032.pdf
  - o   305I-WF-3846703_0000033.pdf
  - o   305I-WF-3846703_0000033_1A0000027_0000001_PHYSICAL.pdf
  - o   305I-WF-3846703_0000033_1A0000027_0000002.pdf
  - o   305I-WF-3846703_0000033_1A0000027_0000003.pdf
  - o   305I-WF-3846703_0000036.pdf
  - o   305I-WF-3846703_0000036_Import.pdf
  - o   305I-WF-3846703_0000037.pdf
  - o   305I-WF-3846703_0000038.pdf
- **Sniffies SW returns.zip**
  - o   Contains 1 PDF file, 1 JPEG file, and 1 JSON file
- **Vehicle and wallet photos.zip**
  - o   Contains 56 color photos (JPB files)

I will continue to provide you with ongoing discovery as appropriate, and we will note in the defendant's file the date this discovery was sent to you.  The Government hereby requests

reciprocal discovery pursuant to Rule 16(b)(1) of the Federal Rules of Criminal Procedure. Should you have any questions about these materials, please do not hesitate to contact me.

    Furthermore, the government is in possession of images and videos depicting the sexual abuse of children that were found on digital devices belonging to your client. Pursuant to 18 U.S.C. Section 3509, these materials must remain in the custody and control of the United States. If you would like to review these materials, please contact my office to arrange a mutually agreeable time to do so.

    Should you have any questions about these materials, please do not hesitate to contact me.

    Sincerely,

    */s/ Jocelyn Bond*
    Jocelyn Bond
    Assistant United States Attorney
    Phone: (202) 809-0793
    Email: Jocelyn.Bond@usdoj.gov