**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | **Case No. 1:24-cr-132-TSC-1** |
| **v.** | ) | |
| | ) | |
| **MICHAEL EVERTS** | ) | |
|     **Defendant** | ) | |

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Undersigned counsel, Paulette M. Pagán, for Defendant Michael Everts ("Mr. Everts"), respectfully moves this Honorable Court for leave to withdraw as counsel of record, and in support thereof states as follows:

1. Undersigned counsel previously represented Mr. Everts while employed with Price Benowitz LLP.

2. Due to the establishment of her own practice, undersigned counsel is no longer employed by or affiliated with Price Benowitz LLP and respectfully seeks to withdraw as counsel of record in this matter.

3. David Benowitz, who is also counsel of record for Mr. Everts, will continue to serve as counsel of record in this case.

4. This withdrawal will not interrupt the proceedings or otherwise prejudice the Parties.

WHEREFORE, undersigned counsel respectfully requests that this Honorable Court grant this Motion for Leave to Withdraw as Counsel and for such other and further relief as the Court deems just and proper.

1

Respectfully submitted,

_____/s/_____

Paulette M. Pagán
DC Bar No. # 1737374
Price Benowitz, LLP
409 Seventh Street, NW, Ste. 200
Washington, D.C. 20004
(202) 731-9882
paulette@pricebenowitz.com

*Counsel for Michael Everts*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March 2026, I caused a true and correct copy of the foregoing Motion to be delivered via CM/ECF to all parties in this matter.

_____/s/_____

Paulette M. Pagán

2