**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES** | ) | |
| | ) | |
| | ) | **Case No. 1:24-cr-132-TSC-1** |
| **v.** | ) | |
| | ) | |
| **MICHAEL EVERTS** | ) | |
|    **Defendant** | ) | |

## ORDER

Upon consideration of the Defendant's Motion for Leave to Withdraw as Counsel, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and it is hereby

**FURTHER ORDERED** that Paulette M. Pagán, Esq., is permitted to withdraw as counsel of record for Defendant Michael Everts.

_____
**DATE**

_____
**TANYA S. CHUTKAN**
**UNITED STATES DISTRICT JUDGE**